Exhibit 3: Chart of Selections of Copyright Infringement Cases Resolved in this Division

| Case Name (Court) Docket | Charges | Description of Offense and Relevant Factors | Sentence |
|---|---|---|---|
| **United States v. Adkins,** (E.D. Va.)<br><br>1:13CR165<br>Lee, G.B. | • Count 1: 17 U.S.C. § 506(a)(1)(A) & 18 U.S.C. § 2319(b)(1) (copyright infringement) | • Def. sold illegal copies of Rosetta Stone software on the Internet from Dec. 2007 to Mar. 2010, and received $102,357 in gross proceeds. Def. also made sales to undercover agents.<br>Guidelines = 37-46 months based on OL of 21, but reduced to 18-24 months per plea agreement | 12 months + 1 day BOP, 2 yrs SR w/ conditions, no fine, $102,357.09 restitution. |
| **United States v. Asherian,** (E.D. Va.)<br><br>1:07CR244<br>Ellis, T.S. | • Count 1: 18 U.S.C. § 2319 (copyright infringement) | • For app. 3 yrs, Def. operated Internet websites through which he sold pirated copies of copyrighted video games and DVDs and received > $88,000<br>Guidelines = 24-30 mos<br>• OL: 17<br>• CHC: I<br>• Infringement amount: $120k – $200k | 1 mo. BOP, 2 yrs SR w/ conditions, including 3 mos. community confinement w/ work release, 50 hrs community service, $88,607.85 restitution, no fine. Self-surrender. |
| **United States v. Brock\*** (E.D. Va.)<br><br>1:07CR45<br>Lee, G.B. | • Count 1: 17 U.S.C. § 506(a)(1) & 18 U.S.C. § 2319(b)(1) (copyright infringement) | • From Apr. 2005 to Aug. 2006, Def. sold video game units w/ copyrighted titles by Nintendo. Def. received > $84,000.<br>• Guilty plea<br>• Guidelines = 18-24 mos<br>• OL: 15<br>• CHC: I<br>• Infringement amount = $120-200k | 3 years probation w/ 6 moths home confinement, $84,608.87 restitution. |
| **United States v. Cimino** (E.D. Va.) | • Count 1: 17 U.S.C. § 506(a)(1)(A) & | • From Feb. 2006 to Sept. 2009, Def. manufactured and sold unauthorized copies of high-dollar value | 18 months BOP, 3 years SR, |

| | | | | |
|---|---|---|---|---|
| 1:10CR52<br>Trenga, A.J. | 18 U.S.C. § 2319(b)(1) (copyright infringement) | software, including titles by Autodesk, Adobe, Intuit, and others. Gross receipts of $272,265. Def. advertised on the Internet and later partnered w/ at least two others (including Taylor Lafleur, below), who acted as sellers.<br>• Guidelines = 30-37 mos, OL: 19, CHC: I<br>• Infringement amount: $200k - $400 | | $272,655.55 restitution. Self-surrender. |
| **United States v. Robert Cook**<br>**(E.D. Va.)**<br><br>1:09CR512-1<br>Ellis, T.S. | • Count 1: 18 U.S.C. § 371 & § 2319 (conspiracy) | • Same facts as son Todd Cook (see below).<br>• Guilty plea<br>• Guidelines = 30-37 mos<br>• OL: 19<br>• CHC: I<br>• Infringement amount: $400k - $1M<br>• Parties stipulated to OL of 20. | | 3 years supervised probation w/ 3 mos in community confinement (later modified to substitute 15 weekends in jail to due to Def.'s poor health), $400k restitution. |
| **United States v. Todd Cook**<br>**(E.D. Va.)**<br><br>1:09CR512-2<br>Ellis, T.S. | • Count 1: 17 U.S.C. § 506(a)(1)(A) & 18 U.S.C. § 2319(b)(1) (copyright infringement) | • Def. sold pirated copies of Adobe software through three websites he operated w/ his father Robert Cook (see above) and another individual from Dec. 2007 to Mar. 2010. Sales = $599,772 from infringed software.<br>• Guidelines = 41-51 mos<br>• OL: 21<br>• CHC: II<br>• Infringement amount: $400k - $1M | | 18 months BOP, 3 yrs SR, $599,771 restitution, 50 hrs community service. Self-surrender. |

| | | | |
|---|---|---|---|
| **United States v. Ferrer*** (E.D. Va.)<br><br>1:06CR222<br>Ellis, T.S. | • Count 1: 18 U.S.C. § 371 (conspiracy to commit copyright infringement)<br>• Count 2: 17 U.S.C. § 506(a)(1) & 18 U.S.C. § 2319(b)(1) (copyright infringement) | • Co-conspirator w/ Maurice Robberson, Thomas K. Robberson, & Alton Grooms. Def. conspired to produce and sell pirated business software through a website and made > $4M in illegal sales from late 2002 to Oct. 2005,<br>• Guilty plea<br>• Guidelines = 70-87 mos<br>• OL: 27<br>• CHC: I<br><br>Loss amount = $7-20 million | 72 months BOP, (reduced to 30 months on 1-25-08 per Rule 35 motion- not under seal), 3 yrs SR on each count $4,120,775.63 restitution, no fine, 50 hrs community service. Self-surrender. |
| **United States v. Giang** (E.D. Va.)<br><br>1:08CR19<br>Brinkema, L.M. | • 17 U.S.C. § 506(a)(1) & 18 U.S.C. § 2319(b)(1) (copyright infringement) | • From May 2005 to Nov. 2007, Def. illegally reproduced copies of copyrighted, original content (Vietnamese-language films & videos) & sold them to the public via various websites he controlled. D earned > $300k.<br>• Guilty plea<br>• Guidelines = 18-24 mos<br>• OL: 15<br>• CHC: I<br>• Infringement amount: $70k - $120k | 18 months BOP, 2 yrs SR, $19,668.93 restitution. Self-surrender. |
| **United States v. Grooms** (E.D. Va.)<br><br>1:07CR342-3<br>Hilton, C.M. | • Count 1: 17 U.S.C. § 506(a)(1)(A) & 18 U.S.C. § 2319(b)(1) (copyright infringement) | • Def. was part of conspiracy (2003-2005) w/ Robbersons & Danny Ferrer to sell pirated software over numerous websites at discounted prices.<br>• Guilty plea<br>• Guidelines = 24-30 mos<br>• OL: 17 | 12 months & 1 day, 3 yrs SR, $176,000 restitution. Self-surrender. |

|  |  |  |  |
|---|---|---|---|
|  | • Count 2: 18 U.S.C. § 371, 2319, 2320 (conspiracy & trafficking in counterfeit goods) | • CHC: I<br>• Infringement amount: $200k - $400k<br><br>Gov't sought 14 mos per 5K1.1 motion for 40% reduction (not under seal). |  |
| **United States v. Hall** *<br>**(E.D. Va.)**<br><br>1:07CR82<br>Brinkema, L.M. | • Count 1: 17 U.S.C. § 506(a)(1) & 18 U.S.C. § 2319(b)(1) (copyright infringement) | • From Mar. to Sept. 2006, Def. operated website through which he sold thousands of copyrighted video games, e-books, DVD videos, mp3 audio files, and Pocket PC games. Gross receipts = > $265,000.<br>• Guilty plea<br>• Guidelines = 46-57 mos<br>• OL: 23<br>• CHC: I<br>• Loss amount = $1-2.5 million | 24 months BOP, 3 yrs SR, $1,200 fine. No restitution. Self-surrender. |
| **United States v. Knott***<br>**(E.D. Va.)**<br><br>1:06CR344<br>Lee, G.B. | • 17 U.S.C. § 506(a)(1) & 18 U.S.C. § 2319(b)(1) (copyright infringement) | • From early 2005 to May 2006, Def., for a fee, allowed subscribers access to a site containing pirated copies of software products by Adobe, Autodesk, McAfee, Microsoft, Symantec and others. Def. made appx $20,000. Retail value = appx. $2.2 million.<br>• Guilty plea<br>• Guidelines = 46-57 mos<br>• OL: 23 | 24 months BOP, 3 yrs SR. No restitution. Self-surrender. |

\*   Documents not available on PACER.
\*   Documents not available on PACER.

| | | | |
|---|---|---|---|
| | | <ul><li>CHC: I</li><li>Loss amount = $1-2.5 million</li><li>Govt sought sentence at low-end. Def.'s motion for downward departure was granted.</li></ul> | |
| **United States v. Lafleur (E.D. Va.)**<br><br>1:10CR250<br>Brinkema, L.M. | <ul><li>Count 1: 18 U.S.C. § 371 & § 2319 (conspiracy)</li></ul> | <ul><li>From March to Aug. 2009, Def. participated in conspiracy w/ Robert Cimino (above) to sell via the Internet pirated copies of copyrighted AutoDesk software. Gross receipts = $36,069.95.</li><li>Guilty plea</li><li>Guidelines = 6-12 mos</li><li>OL: 10</li><li>CHC: I</li><li>Infringement amount: $30k - $70k</li><li>Gov't sought 3 yrs SR, including 6 mos home detention & $36,069.95 restitution.</li></ul> | 2 yrs supervised probation, $33,933.52 restitution, 60 hrs community service. |
| **U.S. v. Maswadi (E.D. Va.)**<br><br>1:08CR37<br>Ellis, T.S. | <ul><li>Count 1: 17 U.S.C. § 506(a)(1)(A) & 18 U.S.C. § 2319(b)(1) (copyright infringement)</li></ul> | <ul><li>From Jan. 2005 to Mar. 2007, Def. operated websites through which he sold video game consoles that were pre-loaded w/ numerous copies of pirated video games. Def. also sold 140 such consoles to undercover agent. (One of those consoles contained 76 copyrighted videogame titles.) Total gross receipts = at least $397,576.</li><li>Guilty plea</li><li>Guidelines = 30-37 mos</li><li>OL: 19</li><li>CHC: I</li><li>Infringement amount: $400k - $1M</li></ul> | 15 months BOP, 3 yrs SR w/ special conditions, $415,900 restitution, 50 hrs community service. Self-surrender. |

| | | | |
|---|---|---|---|
| | | - Loss = $415,900<br>- Gov't sought 20% less than GL range pursuant to 5K (not under seal). | |
| **U.S. v. Nguyen (E.D. Va.)**<br><br>1:12CR175<br>Brinkema, L.M. | - Count 1: 17 U.S.C. § 506(a)(1)(A) & 18 U.S.C. § 2319(b)(1) (copyright infringement) | - Def. sold more than 1,800 units of pirated Microsoft, Adobe, Autodesk, and other software on numerous Internet sites from Nov. 2008 to May 2012, and received approximately $1.5 million in sales.<br>- Guilty plea<br>- Guidelines = 57-71 mos<br>- OL: 25<br>- CHC: I<br>- Infringement amount: $1M - $2.5M<br>- Gov't sought 57 mos. Def. sought "well less than half" of the 57 mos sought by gov't. | 36 months BOP, 3 yrs SR, $2,505,377 restitution. Self-surrender. |
| **U.S v. Maurice Roberson (E.D. Va.)**<br><br>1:07CR342-1<br>Hilton, C.M. | - Count 1: 18 U.S.C. § 371, 18 U.S.C. § 2319(b)(1), 17 U.S.C. § 506(a)(1)(A); 18 U.S.C. § 2320 (conspiracy to commit copyright infringement & trafficking in counterfeit goods)<br>- Count 2: 17 U.S.C. § 506(a)(1)(A) & 18 U.S.C. § 2319(b)(1) | - Co-conspirator w/ Thomas Robberson, Alton Grooms, and Danny Ferrer. From early 2003 to Oct. 2005, Def. manufactured and sold for profit pirated software, including software by Adobe Systems, Macromedia, and Autodesk. Def. sold the discounted software on two websites he operated and sold copyrighted software to undercover FBI agent. Gross receipts = $855,917.<br>- Guilty plea to both counts on day of trial<br>- Guidelines = 57-71 mos<br>- OL: 26<br>- CHC: I<br>- Infringement amount: $2.5M - $7M | 36 months BOP 3 yrs SR, $855,197.35 restitution. Self-surrender. |

| | | | |
|---|---|---|---|
| | (copyright infringement) | • Gov't sought sentence 20% below low-end of GL range, per 5K motion (not under seal). | |
| **U.S. v. Thomas Robberson (E.D. Va.)**<br><br>1:07CR342-2<br>Hilton, C.M. | • Count 3: 17 U.S.C. § 506(a)(1)(A) & 18 U.S.C. § 2319(b)(1) & (2) (copyright infringement) | • Co-conspirator w/ Maurice Robberson, Alton Grooms, and Danny Ferrer. [Same offense conduct.] Gross receipts = $151,487.96.<br>• Guilty plea on morning of trial.<br>• Guidelines = 41-51 mos<br>• OL: 22<br>• CHC: I<br>• Infringement amount: $992,598 | 30 months w/ 3 yrs. SR, $151,487.96 restitution. Self-surrender |
| **U.S v. Stephens (E.D. Va.)**<br><br>1:13CR395<br>Cacheris, J.C. | • Count 1: 17 U.S.C. § 506(a)(1)(A) & 18 U.S.C. § 2319(b)(1) (copyright infringement) | • From Sept. 2008 – Nov. 2012, Def. advertised and sold Rosetta Stone, Microsoft, Adobe, Intuit, and Symantec software through at least six websites. Def. imported some of the infringed software from China, and mailed physical disks containing infringed software to customers. He also fraudulently obtained product keys. Def. also sold to undercover agents. Def. made $154,095.94 in sales of 1,484 copyrighted units. Def. was notified at least three times by victims that he was infringing on their copyrights.<br>• Guilty plea<br>• Guidelines = 24-30 mos<br>• OL: 17<br>• CHC: I | 12 months + 1 day BOP, 3 yrs SR w/ conditions, $137,227.45 restitution. Self-surrender. |

| | | | |
|---|---|---|---|
| | | <ul><li>Infringement amount: $120k - $200k</li><li>Gov't sought 24 mos BOP, 3 yrs SR., and $137,227.45 in restitution.  Def. sought 6 mos BOP + 10 mos home incarceration.</li></ul> | |
| **United States v. Vuoung**[*] **(E.D. Va.)**<br><br>1:07CR40<br>Brinkema, L.M. | <ul><li>Count 1: 17 U.S.C. § 506(a)(1) & 18 U.S.C. § 2319(b)(1) (copyright infringement)</li><li>Count 2: 17 U.S.C. § 506(a)(1) & 18 U.S.C. § 2319(b)(1) (copyright infringement)</li></ul> | <ul><li>From Jan. – Feb. 2005 & July 2005 to Jan. 2006, Def. uploaded and sold for a monthly subscription fee infringed application and utility software titles, movies, music files, and video games.</li><li>Guidelines = 24-30 mos</li><li>OL: 17</li><li>CHC: I</li><li>Infringed amount: $70k-$120k</li></ul>Gov't sought a period of imprisonment per 5K1.1 for 25% reduction (not under seal). | 2 years probation concurrent on each count w/ 6 mos home confinement, $1,200 fine.  No restitution.  CT granted 5K motion. |
| **United States v. Matthew Smith (E.D. Va.)**<br><br>1:11CR447<br>Trenga, A.J. | <ul><li>Conspiracy (18:371) and Copyright Infringement (17:506)</li></ul> | <ul><li>Created precursor to Ninjavideo and later primary co-founder of Ninjavideo, a site that provided infringed content to paying customers.  Provided technical expertise to run site. One of the lead administrators of site. Found and uploaded infringing content. Sought out advertisers, entered advertising contracts and built essential "Ninjavideo Helper" applet. His contacts led to revenue generation. Principal treasurer with HB and later transferred this responsibility to her.</li></ul> | Sentence: 14 months BOP for each count concurrent; 2 yrs SR concurrent; $172,387.30 restitution @ $150/mo. |

[*]     Documents not available on PACER.

| | | | |
|---|---|---|---|
| | | <ul><li>Indicted on 9-8-11 on 6 counts. Pled G to conspiracy (18:371) and copyright infringement (17:506) on 9-23-11.</li><li>Guidelines = 46-57 months (23 @ CHC I). 25% 5K motion lowers range to 34-42 months</li><li>Restitution = $172,387.30</li><li>Cooperation = day indictment was issued, he offered to cooperate. Few days later, he submitted to a debriefing and agreed to testify. First to plead guilty and first to cooperate post-indictment with the except of JD. Also confessed on 6-30-10 during search. Cooperation was explicitly agreed to in the plea agreement.</li><li>Def. had Asperger syndrome.</li></ul> | |
| **U.S v. Hanna Beshara (E.D. Va.)**<br><br>1:11CR447<br>Trenga, A.J. | Conspiracy (18:371) and Copyright Infringement (17:506) | <ul><li>Role = primary co-founder of Ninjavideo with MS. Persuaded MS to use his expertise to establish the venture. Served as primary day to day administrator of the site and used her internet persona ("Queen Phara") to draw customers to site. In beginning, found and uploaded infringing content, and coordinated assignments for the team of uploaders. Primary driver for website publicity by creating forum boards and podcasts. Recruited other co-defendants. Later she took over financial matters from Smith. Personally received $209,826 (41.55% of total amount of $505,000) from Ninjavideo. (SOF-JD; Govt Memo-MS at 2, 10; Govt Memo-HB at 2-4)</li></ul> | Sentence: 22 months BOP for each count concurrent; 2 yrs SR concurrent; $209,826.95 restitution. |

| | | | | |
|---|---|---|---|---|
| | | | <ul><li>Indicted on 9-8-11 on 6 counts. Pled guilty to conspiracy (18:371) and copyright infringement (17:506) on 9-29-11. Remainder dismissed.</li><li>Guidelines = 46-57 mos</li><li>Cooperation = none. SOF explicitly states that she "will not cooperate with the investigation of any co-defendant or other unindicted individuals in ninjaVideo." (SOF ¶ 29). She has publicly stated that she is proud that she is not cooperating.</li><li>5K motion not expected.</li></ul> | |
| **U.S v. Justin Dedemko (E.D. Va.)**<br><br>1:11CR509<br>Trenga, J. | Conspiracy (18:371) | | <ul><li>Role = secondary co-founder of Ninjavideo with MS and HB. Found and uploaded infringing content and negotiated with some advertisers. Personally received $58,004 (11.49% of total amount of $505,000) from Ninjavideo. (SOF-JD; Govt Memo-MS at 2, 10)</li><li>Criminal Information filed 11-3-11 and pled G to conspiracy (18:371) that day.</li><li>Guidelines = 46-57 (23 @ CHC I), but plea agmt is to 37-46 mos (21 @ CHC I)</li><li>Restitution = $58,004 @ $300/mo.</li><li>Cooperation = First co-conspirator to cooperate. Signed pocket plea on 8-4-11 (pre-indictment). Two debriefings on 8-31-11 and 9-7-11, followed by testimony before GJ on 9-7-11 for one hour. Not charged in the indictment, but criminal information filed later. Also confessed on 6-30-10 during search</li></ul> | Sentence: 3 months BOP, 2 years supervised release |

| | | | |
|---|---|---|---|
| | | of his residence. Cooperation was explicitly agreed to in the plea agreement.<br>• 5K expected | |
| **United States v. Jeremy Andrew (E.D. Va.)**<br>1:11CR447 | Conspiracy (18:371) | • Role = worked as "Ninja Head of Security," primarily setting up, monitoring, and maintaining servers for unauthorized access. Assisted users with technical issues. Personally recd $5,250 (1.04% of total amount of $505,000) from Ninjavideo. (SOF-JD; Govt Memo-MS at 2, 10)<br>• Indicted on 9-8-11 on 6 counts. Pled G to conspiracy (18:371) on 10-25-11.<br>• Guidelines = 37-46 mos (21 @ CHC I)<br>• Restitution = $5,250<br>• Cooperation = unknown. | Sentence: 3 years of supervised probation; $5,250 restitution. |